# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Winta Jenee Ato

                                Plaintiff,

v.                                                                 Case No.: 1:16–cv–09846
                                                                             Honorable John J. Tharp Jr.

Monarch Recovery Management, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff is required to attend personally the motion hearing set for 7/18/17 at 9:00 a.m. Plaintiff's counsel are directed to attempt to provide notice of this order to the Plaintiff by telephone, email, and overnight delivery. Plaintiffs failure to attend the hearing, or to request that the hearing be rescheduled, may result in dismissal of this case for want of prosecution. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.