**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Winta Jenee Ato

                                Plaintiff,

v.                                                    Case No.: 1:16–cv–09846
                                                      Honorable John J. Tharp Jr.

Monarch Recovery Management, Inc.

                                Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 18, 2017:

        MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held.
Plaintiff did not appear for today's hearing despite being notified by her counsel of the
court's order for her to appear. Plaintiff's counsel's motion to withdraw [30] is granted for
reasons stated on the record. This case is dismissed without prejudice for want of
prosecution. Absent the filing of a timely motion to reinstate by the plaintiff on or before
8/8/17, the dismissal shall convert to a dismissal with prejudice without further action by
the Court. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.